# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| GARY ALAN NOBLE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br> SANDRA CARTER,  )<br>  )<br>  Defendant.  )<br>  ) | **C06-579 JLR**<br><br>**MINUTE ORDER**<br>**SETTING ORAL ARGUMENT** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Upon review of the record, the Court hereby schedules Oral Argument for:

THURSDAY, 18 JANUARY 2007, at 2:30pm

Argument will be heard in Courtroom 12A, U.S. Courthouse, Seattle, Washington.

Dated this 8th day of January , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**