UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY ALAN NOBLE, ) | Case No. C06-579-JLR-JPD |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION FOR |
| ) | EXTENSION OF TIME UNTIL |
| SANDRA CARTER, ) | FEBRUARY 12, 2007, TO FILE |
| ) | ADDITIONAL DECLARATIONS |
| Respondent. ) | |

Petitioner Gary Alan Noble has filed a 28 U.S.C. § 2254 petition for writ of habeas corpus arguing that his current sentence was unconstitutionally enhanced by the use of a 1969 conviction in which he was denied the assistance of counsel. Dkt. No. 1. Respondent has filed a response opposing the petition (Dkt. No. 10), to which petitioner has timely replied. Dkt. No. 13. Oral arguments in this matter were heard on January 18, 2007. During arguments, petitioner moved for leave to expand the record with certain additional declarations. The Court granted this request, affording petitioner until February 1, 2007, to supplement the record. Dkt. No. 18.

On February 2, 2007, petitioner brought the present motion, which seeks an additional two weeks to file supplemental declarations. After careful consideration of the motion and balance of the record, the Court ORDERS as follows:

ORDER GRANTING MOTION FOR EXTENSION
OF TIME UNTIL FEBRUARY 12, 2007, TO FILE
ADDITIONAL DECLARATIONS

PAGE - 1

01       (1)   Petitioner's motion for an extension of time (Dkt. No. 19) is GRANTED.

02 However, petitioner shall file any additional declarations **no later than Monday, February**

03 **12, 2007**.  No further extensions of time will be granted.

04       (2)   The Clerk of the Court is instructed to send uncertified copies of this Order to

05 counsel for both parties, and to the Honorable James L. Robart.

06       DATED this 2nd day of February, 2007.

　　　　　　　　　　　　　　　　　　/s/ James P. Donohue
　　　　　　　　　　　　　　　　　　JAMES P. DONOHUE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION
OF TIME UNTIL FEBRUARY 12, 2007, TO FILE
ADDITIONAL DECLARATIONS

PAGE - 2