UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY ALAN NOBLE,<br><br>        Petitioner,<br><br>    v.<br><br>SANDRA CARTER,<br><br>        Respondent. | Case No. C06-579JLR<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Respondent's answer and the Petitioner's reply, the Report and Recommendation of United States Magistrate Judge James P. Donohue, Petitioner's Objections thereto and Respondent's Response, as well as the governing authorities and the balance of the record, does hereby find and ORDERS as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2254 petition (Dkt. No. 1) is DENIED and this case DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 5th day of April, 2007.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING § 2254 PETITION