# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

GARY ALAN NOBLE,

        Petitioner,

v.

SANDRA CARTER,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C06-579JLR

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Report and Recommendation is adopted and approved. Petitioner's § 2254 petition (Dkt. # 1) is DENIED and this action is DISMISSED with prejudice.

Dated this 5th day of April, 2007.

                                            BRUCE RIFKIN
                                                            Clerk

s/Mary Duett
_____
Deputy Clerk